**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6128

MARQUEION HARRISON,

Plaintiff - Appellant,

v.

WARDEN BULLOCK; SUPERVISOR BUFFKIN; PAMELA ROBERTS, RN (Medical Nurse); MR. BAILEY, Program Director; KYRA RONDEAU-MURRELL, Case Manager; LATERRIAR D. TURNER, Psychologist; SERGEANT TURNER,

Defendants - Appellees,

and

JAME B. LEMMONS; WARDEN BULLARD; STEPHEN JACOBS; SERGEANT LEGGETT; CORRECTIONAL OFFICER JONES,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:23-ct-03079-M-RJ)

Submitted: July 25, 2024                     Decided: July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marqueion Harrison, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marqueion Harrison appeals the district court's order dismissing his 42 U.S.C. § 1983 civil action under 28 U.S.C. § 1915A(b)(1) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Harrison v. Bullock*, No. 5:23-ct-03079-M-RJ (E.D.N.C. Jan. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*